## Harry L. Drake, Appellant, v. Eugene V. Diggins, Appellee.

Gen. No. 41,823.

Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942. Goodman & Golosinec, for appellant; Irving Goodman and John W. Golosinec, of counsel; Eugene C. O'Reilly, for appellee; Eugene V. Diggins, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."